App. Div.] First Department, January, 1920.

HENLE WAX PAPER MANUFACTURING COMPANY, INC., Respondent, v. HARTFORD CITY PAPER COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

LAWYERS MORTGAGE COMPANY, Respondent, v. TEMPE KENNEDY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

CHARLES N. BRIZSE, Respondent, v. FREDERICK J. LISMAN and Others as Copartners, etc., Appellants.— Appeal dismissed, with costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

HARRIET HAAS and Others, as Executors, etc., of KALMAN HAAS, Deceased, Respondents, v. THE CITY OF NEW YORK, Appellant.— Determination affirmed, with costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

THE CITY OF NEW YORK, Appellant, v. THE NEW YORK AND SOUTH BROOKLYN FERRY AND STEAM TRANSPORTATION COMPANY, Respondent.— Judgment and order affirmed, with costs, on the opinion of Greenbaum, J., at Trial Term. [Reported in 104 Misc. Rep. 438.] Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.; Laughlin, J., dissenting.

ELE-KEM COMPANY, Respondent, v. PETERS, WHITE & COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

HELEN EVILY, Respondent, v. HENRY STREET SETTLEMENT, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Page and Merrell, JJ.

AMELIA HAMBURGER, Respondent, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant.—Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

IRVING ROSENBLUTH, Respondent, v. MILES ROSENBLUTH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

OLAF JOHNSON, Respondent, v. OTIS ELEVATOR COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

THE BEEKMAN ESTATE, Appellant, v. MARY C. FOSTER and Others, Respondents.— Judgment modified as directed in order and as so modified affirmed, with costs to respondents. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

HERMAN EPSTEIN, as Executor, etc., of SOLOMON WOLFE, Deceased, Appellant, v. SAMUEL ROSENTHAL, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELIAS BIER, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

MEYER HERMAN, Appellant, v. MICHAEL JOSEPHSOHN, Respondent.—